# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

JEREMY KENNEDY  PLAINTIFF
ADC #093061

v.  3:24-cv-00180-JM-JJV

JACKSON COUNTY, ARKANSAS; *et al.*  DEFENDANTS

## ORDER

On October 30, 2023, United States Magistrate Judge Joe J. Volpe submitted a Partial Recommended Disposition suggesting Defendants Rudisill and Nance be dismissed without prejudice because Plaintiff's claims against them are barred by the *Heck* doctrine. (Doc. 12.) Thereafter, Plaintiff filed a Motion seeking permission to file a Third Amended Complaint: (1) abandoning his claims against Defendants Rudisill and Nance; (2) continuing his claims against Defendants Jackson County, Tubbs, Cooper, Huddleston, Clark, Sisk, and Dodson; and (2) adding a medical care claim against Dr. Darrell Elkin. (Doc. 15.) I find good cause for granting the Motion. *See* Fed. R. Civ. P. 15(a)(2).

Therefore, Plaintiff's Motion to Amend the Complaint (Doc. 15) is GRANTED, and the Clerk shall file the proposed amended complaint (Doc. 15, Ex. 1) as Plaintiff Third Amended Complaint. The Partial Recommended Disposition (Doc. 12) is DECLINED as moot. Defendants Nance and Rudisill are DISMISSED without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 18th day of November 2024.

_____
UNITED STATES DISTRICT JUDGE