# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

JEREMY KENNEDY                                                                                              PLAINTIFF
ADC #093061

v.                                           3:24-cv-00180-JM-JJV

JACKSON COUNTY, ARKANSAS; *et al.*                                                     DEFENDANTS

## ORDER

The Court has reviewed the Partial Recommendation submitted by United States Magistrate Judge Joe J. Volpe, and Plaintiff's objections. (Docs. 18 and 21) After reviewing the record *de novo*, this Court adopts the Partial Recommendation in its entirety as its findings in all respects.

Therefore, Plaintiff's may proceed with his improper medical and dental care claims against Defendant Huddleston. All other claims and Defendants are DISMISSED without prejudice. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 2nd day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE