# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JEREMY KENNEDY                                                                                           PLAINTIFF
ADC #093061

v.                                              3:24-cv-00180-JM

JACKSON COUNTY, ARKANSAS; *et al.*                                                          DEFENDANTS

## ORDER

Plaintiff's Motion (Doc. 34) to voluntarily dismiss this lawsuit is GRANTED, and this case is DISMISSED without prejudice. *See* Fed. R. Civ. P. 41(a)(2). It is certified that an *in forma pauperis* appeal from this Order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Dated this 27th day of February 2025.

_____
UNITED STATES DISTRICT JUDGE