# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

JEREMY KENNEDY                                                                                          PLAINTIFF
ADC #093061

v.                                              3:24-cv-00180-JM

JACKSON COUNTY, ARKANSAS; *et al.*                                                      DEFENDANTS

## **JUDGMENT**

Consistent with the Orders entered today and previously (Docs. 23), Plaintiff's claims are DISMISSED, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 27th day of February 2025.

_____
UNITED STATES DISTRICT JUDGE